IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF OREGON

DAVID V. FORSTER,　　　　　　　　　　CIVIL NO.: 1:11-cv-03139 RE

　　　　Plaintiff

　　　　　　v.

COMMISSIONER of　　　　　　　　　　ORDER
Social Security Administration

　　　　Defendant.

As authorized by 28 U.S.C. § 2412 and 1920 and subject to the terms of the stipulation of the parties, it is hereby ORDERED that the attorney fees in the amount of $5938.31 and expenses in the amount of $19.29 for certified mailings be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 130 S.Ct.2521 (2010).


IT IS SO ORDERED this 1 day of February, 2013.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JAMES A. REDDEN
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

PRESENTED BY:

/s/ Arthur W. Stevens III
ARTHUR W. STEVENS III   OSB#850857
BLACK, CHAPMAN, WEBBER & STEVENS
221 Stewart Ave., Suite #209
Medford, OR  97501
　　　Attorney for Plaintiff

- 1 - ORDER

BLACK, CHAPMAN, WEBBER & STEVENS
ATTORNEYS AT LAW
221 Stewart Ave., #209
MEDFORD, OREGON 97501
Phone: (541) 772-9850  Fax: (541) 779-7430
stevens@blackchapman.com